JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHALEH NOROUZI VARZAGHANI, <br> Plaintiff, <br> v. <br> KRISTI NOEM, *et al.*, <br><br> Defendants. | Case No. SA CV 23-1876-DMG (KESx) <br><br> **JUDGMENT** |

On March 25, 2025, the Court having granted Defendants' Motion to Dismiss Plaintiff Zhaleh Norouzi Varzaghani's Second Amended Complaint for failure to state a claim, thereby resolving all remaining issues and claims outstanding in this action,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that this action is **DISMISSED** without prejudice.

DATED:  March 25, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE